# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBA CAPUTI, | Case No. 1:15-cv-01040-AWI-EPG |
| Plaintiff, | |
| vs. | **ORDER UPON STIPULATION TO DISMISS DEFENDANT SCHNEIDER ELECTRIC HOLDINGS INC. BENEFIT PLAN** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and, SCHNEIDER ELECTRIC HOLDINGS INC. BENEFIT PLAN, | |
| Defendants. | Judge: Hon. Anthony W. Ishii<br>United States District Judge |

## ORDER

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Defendant SCHNEIDER ELECTRIC HOLDINGS INC. BENEFIT PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant in this action.

IT IS SO ORDERED.

Dated:  October 23, 2015           _____
                                   SENIOR DISTRICT JUDGE